**Exhibit A**

Table of Last-Observed Infringements by Defendants of Digital Sin Inc's Copyright in the Motion Picture "My Little Panties 2 ," Copyright Reg. No. PA0001733587

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.9.22.39 | 2011-08-21 01:55:43 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 2 | 108.9.34.20 | 2011-08-29 10:03:28 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 3 | 108.9.73.167 | 2011-08-13 09:34:04 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 4 | 173.168.130.242 | 2011-08-21 07:46:01 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 5 | 173.168.210.22 | 2011-08-13 00:57:51 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 6 | 173.168.218.242 | 2011-08-28 23:43:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 7 | 173.168.35.164 | 2011-08-31 14:57:08 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 8 | 173.168.88.93 | 2011-08-21 18:15:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 9 | 173.168.96.235 | 2011-08-31 13:52:15 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 10 | 173.170.113.2 | 2011-08-25 09:25:45 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 11 | 173.170.7.8 | 2011-08-03 03:05:14 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 12 | 173.171.133.229 | 2011-08-21 02:46:19 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 13 | 173.171.201.8 | 2011-08-21 15:04:22 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 14 | 173.65.124.232 | 2011-08-11 16:59:59 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 15 | 173.65.133.148 | 2011-08-23 20:12:10 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 16 | 173.65.163.195 | 2011-08-22 19:40:29 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 17 | 173.65.187.232 | 2011-08-11 16:24:35 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 18 | 173.65.195.123 | 2011-08-23 04:14:17 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 19 | 174.48.53.42 | 2011-08-09 08:09:40 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 20 | 174.48.69.150 | 2011-08-17 05:05:48 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 21 | 174.61.78.20 | 2011-08-22 03:05:13 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 22 | 184.88.235.246 | 2011-08-15 08:46:00 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 23 | 184.91.173.150 | 2011-08-20 04:17:11 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 24 | 184.91.174.35 | 2011-08-23 07:28:45 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 25 | 184.91.90.191 | 2011-08-12 02:28:34 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 26 | 24.129.109.243 | 2011-08-14 22:24:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 27 | 24.26.30.207 | 2011-08-13 02:19:31 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 28 | 24.26.81.97 | 2011-08-09 03:04:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 29 | 24.94.112.141 | 2011-08-02 22:24:45 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 30 | 24.94.157.192 | 2011-08-14 19:17:38 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 31 | 65.123.229.243 | 2011-08-12 09:04:19 -0400 | Qwest Communications | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 32 | 65.32.106.69 | 2011-08-06 02:09:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 33 | 65.32.72.211 | 2011-08-17 17:37:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 34 | 65.32.73.226 | 2011-08-21 23:07:01 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 35 | 65.35.173.28 | 2011-08-02 03:47:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 36 | 65.35.194.102 | 2011-08-18 07:42:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 37 | 66.176.59.215 | 2011-08-16 01:37:18 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 38 | 66.177.109.219 | 2011-08-07 16:08:57 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 39 | 66.177.47.254 | 2011-08-06 02:09:37 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 40 | 66.229.141.212 | 2011-08-05 15:26:28 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 41 | 66.229.53.6 | 2011-08-16 09:46:10 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 42 | 67.190.245.240 | 2011-08-06 05:25:32 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 43 | 67.191.106.50 | 2011-08-24 20:30:08 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 44 | 67.191.27.85 | 2011-08-11 21:04:34 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 45 | 67.8.67.19 | 2011-08-15 19:05:05 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 46 | 67.8.68.184 | 2011-08-21 21:40:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 47 | 68.200.216.237 | 2011-08-15 18:00:23 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 48 | 68.200.46.58 | 2011-08-14 22:24:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 49 | 68.202.227.159 | 2011-08-12 18:55:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 50 | 68.202.50.106 | 2011-08-17 14:21:03 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 51 | 68.205.162.135 | 2011-08-19 11:23:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 52 | 68.205.218.87 | 2011-08-22 10:03:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 53 | 68.205.230.83 | 2011-08-05 00:32:20 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 54 | 68.228.30.2 | 2011-08-26 15:05:44 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 55 | 68.54.39.145 | 2011-08-03 19:27:44 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 56 | 68.56.142.9 | 2011-08-17 23:59:47 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 57 | 68.56.155.196 | 2011-08-14 22:21:39 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 58 | 68.56.157.172 | 2011-08-01 15:33:56 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 59 | 68.62.240.180 | 2011-08-18 01:09:38 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 60 | 69.138.115.189 | 2011-08-31 03:38:36 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 61 | 69.180.105.99 | 2011-08-23 14:41:25 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 62 | 69.254.116.84 | 2011-08-26 19:59:48 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 63 | 70.119.222.89 | 2011-08-24 18:11:44 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 64 | 70.119.228.200 | 2011-08-22 23:17:33 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 65 | 70.119.247.159 | 2011-08-15 03:04:54 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 66 | 70.119.54.242 | 2011-08-22 13:36:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 67 | 70.119.88.8 | 2011-08-24 23:14:28 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 68 | 70.126.107.208 | 2011-08-24 20:22:12 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 69 | 70.126.87.117 | 2011-08-26 04:05:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 70 | 70.127.190.131 | 2011-08-21 19:09:10 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 71 | 70.127.243.137 | 2011-08-15 23:59:39 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 72 | 70.127.66.213 | 2011-08-27 15:19:28 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 73 | 71.122.120.142 | 2011-08-20 23:40:38 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 74 | 71.180.127.225 | 2011-08-21 19:41:53 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 75 | 71.180.189.25 | 2011-08-25 13:35:13 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 76 | 71.180.210.85 | 2011-08-10 22:06:05 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 77 | 71.196.23.152 | 2011-08-13 02:16:29 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 78 | 71.196.65.95 | 2011-08-16 12:52:48 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 79 | 71.196.77.29 | 2011-08-04 03:40:57 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 80 | 71.199.95.75 | 2011-08-18 20:46:29 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 81 | 71.203.140.192 | 2011-08-15 07:29:32 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 82 | 71.203.41.83 | 2011-08-16 08:41:31 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 83 | 71.203.96.158 | 2011-08-27 23:59:02 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 84 | 72.184.115.1 | 2011-08-03 19:27:44 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 85 | 72.184.80.153 | 2011-08-25 23:36:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 86 | 72.184.80.216 | 2011-08-20 12:25:25 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 87 | 72.185.209.121 | 2011-08-20 02:34:04 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 88 | 72.186.244.188 | 2011-08-15 03:04:57 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 89 | 72.186.96.246 | 2011-08-05 21:11:03 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 90 | 72.187.35.140 | 2011-08-24 23:37:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 91 | 72.188.155.58 | 2011-08-24 08:02:24 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 92 | 72.188.196.3 | 2011-08-22 18:28:52 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 93 | 72.188.196.95 | 2011-08-14 22:24:50 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 94 | 72.188.197.228 | 2011-08-20 18:23:21 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 95 | 72.188.200.146 | 2011-08-01 16:24:28 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 96 | 72.188.203.34 | 2011-08-10 03:05:08 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 97 | 72.188.205.123 | 2011-08-12 20:00:11 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 98 | 72.188.205.225 | 2011-08-16 19:27:42 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 99 | 72.188.206.149 | 2011-08-14 18:57:17 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 100 | 72.188.245.238 | 2011-08-30 01:46:35 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 101 | 72.188.45.14 | 2011-08-17 20:59:47 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 102 | 72.189.164.117 | 2011-08-20 07:34:47 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 103 | 72.189.164.118 | 2011-08-19 06:35:43 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 104 | 72.189.164.18 | 2011-08-03 19:09:32 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 105 | 72.189.85.218 | 2011-08-14 08:39:31 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 106 | 72.189.87.209 | 2011-08-08 17:26:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 107 | 72.205.212.231 | 2011-08-22 06:18:48 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 108 | 72.77.221.42 | 2011-08-16 15:50:56 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 109 | 75.202.96.102 | 2011-08-30 09:10:30 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 110 | 75.203.154.137 | 2011-08-10 22:49:46 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 111 | 75.203.244.121 | 2011-08-28 15:34:08 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 112 | 75.225.231.31 | 2011-08-17 03:04:53 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 113 | 75.251.196.15 | 2011-08-20 23:59:34 -0400 | Cellco Partnership DBA Verizon Wireless | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 114 | 76.101.237.204 | 2011-08-31 23:43:15 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 115 | 76.101.40.184 | 2011-08-06 23:25:05 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 116 | 76.106.216.62 | 2011-08-06 04:24:54 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 117 | 76.108.238.11 | 2011-08-12 02:37:37 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 118 | 76.108.9.14 | 2011-08-24 23:15:47 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 119 | 76.109.136.158 | 2011-08-03 09:27:34 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 120 | 76.109.170.30 | 2011-08-19 01:47:53 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 121 | 76.110.123.85 | 2011-08-15 22:24:57 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 122 | 76.110.172.41 | 2011-08-29 08:52:23 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 123 | 76.110.206.134 | 2011-08-02 01:04:20 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 124 | 76.110.66.241 | 2011-08-04 23:59:58 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 125 | 76.122.24.232 | 2011-08-23 22:39:42 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 126 | 76.26.60.123 | 2011-08-15 18:21:20 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 127 | 76.29.147.77 | 2011-08-12 01:51:34 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 128 | 96.228.135.196 | 2011-08-28 09:34:25 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 129 | 96.228.165.115 | 2011-08-22 21:43:24 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 130 | 96.228.165.9 | 2011-08-19 21:17:15 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 131 | 96.254.211.25 | 2011-08-21 15:08:39 -0400 | Verizon Internet Services | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 132 | 97.100.239.89 | 2011-08-11 14:55:13 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 133 | 97.100.56.96 | 2011-08-04 09:18:23 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 134 | 97.100.68.158 | 2011-08-15 22:24:57 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 135 | 97.102.219.226 | 2011-08-27 12:34:37 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |

| Doe 136 | 97.103.238.8 | 2011-08-23 14:20:08 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 137 | 97.103.242.69 | 2011-08-14 10:24:48 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 138 | 97.104.185.57 | 2011-08-01 21:13:56 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 139 | 97.104.250.121 | 2011-08-20 00:47:15 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 140 | 97.104.6.176 | 2011-08-08 09:19:01 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 141 | 97.78.119.235 | 2011-08-31 11:10:07 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 142 | 97.78.129.43 | 2011-08-22 16:24:18 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 143 | 97.96.17.32 | 2011-08-27 04:24:41 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 144 | 97.96.253.139 | 2011-08-21 20:14:39 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 145 | 97.97.101.181 | 2011-08-06 09:54:36 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 146 | 97.97.32.81 | 2011-08-26 03:03:24 -0400 | Road Runner | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 147 | 98.174.54.128 | 2011-08-12 13:52:53 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 148 | 98.180.17.217 | 2011-08-19 05:42:09 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 149 | 98.180.40.247 | 2011-08-19 09:05:06 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 150 | 98.180.50.112 | 2011-08-14 08:43:46 -0400 | COX COMMUNICATIONS | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 151 | 98.203.116.15 | 2011-08-10 18:02:11 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 152 | 98.203.20.249 | 2011-08-10 03:03:33 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 153 | 98.211.142.159 | 2011-08-12 01:32:39 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 154 | 98.211.169.223 | 2011-08-19 11:37:24 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 155 | 98.211.190.210 | 2011-08-29 23:51:27 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 156 | 98.211.234.90 | 2011-08-04 22:49:32 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 157 | 98.211.242.209 | 2011-08-06 08:39:01 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 158 | 98.219.68.79 | 2011-08-28 20:31:04 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 159 | 98.219.90.124 | 2011-08-04 20:55:37 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 160 | 98.224.60.188 | 2011-08-22 15:59:57 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 161 | 98.230.43.217 | 2011-08-10 09:34:00 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 162 | 98.231.114.129 | 2011-08-20 04:01:34 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 163 | 98.238.114.225 | 2011-08-04 23:59:58 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 164 | 98.244.225.141 | 2011-08-20 20:35:33 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 165 | 98.249.195.251 | 2011-08-08 21:25:27 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 166 | 98.254.135.100 | 2011-08-01 23:59:50 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |
| Doe 167 | 98.254.212.230 | 2011-08-19 15:42:48 -0400 | Comcast Cable | BitTorrent | f144ffdb4d167a2dc23a5fcbe7ca5c8e331fffd4 |