Terik Hashmi, JD, LLM (OH, FL/ND)
Email address: terik.hashmi.esq@transnationallawgroup.com
TRANSNATIONAL LAW GROUP, LLC
429 Lenox Avenue, Suite 5C13
Miami Beach, FL 33139
Tel: 888-731-8955
Fax: 305-721-1685

Attorney for Plaintiff Digital Sin, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF FLORIDA

| Digital Sin, Inc. | CASE NO. 11-CV-00586-RS-WCS |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 78, 167** |
| v. | |
| DOES 1-167, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 78 | 71.196.65.95 | 2011-08-16 12:52:48 -0400 |
| Doe 167 | 98.254.212.230 | 2011-08-19 15:42:48 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

Date: February 13, 2012

_____
Terik Hashmi, JD, LLM (OH, FL/ND)
Email address: terik.hashmi.esq@transnationallawgroup.c

TRANSNATIONAL LAW GROUP, LLC
429 Lenox Avenue, Suite 5C13
Miami Beach, FL 33139
Tel: 888-731-8955
Fax: 305-721-1685

Attorney for Plaintiff Digital Sin, Inc.