UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DIGITAL SIN, INC.,

    VS                                              CASE NO.  4:11cv586-RH/WCS

DOES 1 - 167,

**JUDGMENT**

The plaintiff's claims are dismissed without prejudice.

                                      JESSICA J. LYUBLANOVITS
                                      CLERK OF COURT

 April 3, 2012                  s/Pam Lourcey
DATE                               Deputy Clerk: Pam Lourcey